# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| VICTORIA S. SALLEY,<br><br>                PLAINTIFF,<br>V.<br><br>BANK OF AMERICA, CARRINGTON<br>MORTGAGE SERVICES, LLC AND<br>NORTH CAROLINA DEPARTMENT OF<br>THE SECRETARY OF STATE<br><br>                DEFENDANTS. | CIVIL ACTION NO.: 5:13-cv-00753-D |

## ORDER

This matter is before the Court pursuant to a Motion to Dismiss filed by Defendants, Bank of America, N.A., Carrington Mortgage Services, LLC and the North Carolina Department of the Secretary of State, seeking to stay pretrial deadlines, discovery proceedings and time to respond to Plaintiff's Motion for Summary Judgment that was filed on January 27, 2014 pending a resolution of Bank of America, N.A's Motion to Dismiss filed on December 4, 2013, Carrington Mortgage Services, LLC's Motion to Dismiss filed on December 23, 2013 and the North Carolina Secretary of State's Motion to Dismiss filed on November 25, 2013. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss filed by Bank of America, NA, Carrington Mortgage Services, LLC and the North Carolina Department of the Secretary of State or until further Order of this Court. It is further

**ORDERED** that the deadline to respond to Plaintiff's Motion for Summary Judgment is stayed until this Court enters an Order resolving the Motions to Dismiss filed by Bank of America, NA, Carrington Mortgage Services, LLC and North Carolina Department of the Secretary of State or until further Order of this Court.

**ORDERED** that the Clerk is directed to send a copy of this Order to counsel of record for Plaintiffs and all Defendants.

SO ORDERED. This 8 day of April 2014.

JAMES C. DEVER III
Chief United States District Judge

1